FILED
 2005 May-18  PM 04:35
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CARLOS McQUARLEY,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Civil Action No. CV 05-S-317-S |
| **JOSEPH L. BOOHAKER, R. PEARSON, GLORIA BAHAKEL, and THE STATE OF ALABAMA** | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 5, 2005, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b).   No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

DONE this the 18th day of May, 2005.

_____
United States District Judge